Case 1:26-mc-00466 Document 1-3 Filed 09/22/26 Page 1 of 1

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

In re Application of

ABDUL REHMAN KARIM SALEH

Petitioner,

v.

A. SULKA AND COMPANY LIMITED

Registrant.

Case No. **26-mc-00466**

**~~[PROPOSED]~~ XXXXXXXXX ORDER FOR ISSUANCE OF SUBPOENA TO JOHN MARGIOTTA, ESQ**

Upon the Application for the Issuance of a Subpoena, pursuant to 35 U.S.C § 24, to John Margiotta, Esq. (the "Application"), filed by petitioner Abdul Rehman Karim Saleh, it is hereby:

**ORDERED** that the Application is GRANTED, and it is further

ORDERED that the Clerk of Court shall execute a copy of the Subpoena (the "Subpoena"), attached as Exhibit A to the Application, ECF No. 1, and provide the executed Subpoena to counsel for the petitioner, Abdul Rehman Karim Saleh, for service on John Margiotta, Esq.

Dated: October 1, 2026

ARUN SUBRAMANIAN
United States District Judge