UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ABDUL REHMAN KARIM SALEH,
Petitioner,

-against-

A. SULKA AND COMPANY LIMITED,
Respondent.

26-mc-466 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

The Court is in receipt of respondent's motion to quash. Dkt. 4. If petitioner intends to file an opposition, they should do so on or before **Wednesday, October 21, 2026.** Respondent may file a reply within one day of plaintiff's opposition filing.

SO ORDERED.

Dated: October 16, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge