UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ABDUL REHMAN KARIM SALEH,

Petitioner,

-against-

A. SULKA AND COMPANY LIMITED,

Respondent.

26-mc-466 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

The Court is in receipt of Saleh's motion for reconsideration. Dkt. 12. Respondent may respond on or before November 16, 2026, and Saleh may file a reply on or before November 18, 2026.

SO ORDERED.

Dated: November 10, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge